## Case No. 12,709.

### SHARP v. DITTENTHALER.

[The case reported under the above title in 25 Int. Rev. Rec. 313; 8 Reporter, 456; and 11 Chi. Leg. News. 415,—is the same as Case No. 12,710.]